7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Michael Richard Maher
*Debtor*

*Bankruptcy Case No.*
10–62817–abf7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
12–06019–abf

v.

**Michael Richard Maher**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That the Discharge of Defendant Michael Richard Maher, a/k/a Edward John Maher, is REVOKED.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

                       Ann Thompson
                       Court Executive

                       By: /s/ Sharon Stanley
                          Deputy Clerk

Date of issuance: 5/22/12

Court to serve